U.S.D.J. KIYO A. MATSUMOTO     APRIL 14, 2022     TIME: 11:00a.m. – 1:00 p.m.

## CRIMINAL CAUSE FOR SENTENCING

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2022 ★

BROOKLYN OFFICE

DOCKET # 21-CR236  **[KAM]   U.S.A. v. Shimon Rosenfeld (dob)**

DEFENSE COUNSEL: **Susan R. Necheles (Retained)**

A.U.S.A: **Hiral Mehta**       C/R: **Victoria Butler**       DEPUTY: **S. Jackson**

**X**  CASE CALLED.           **X**  DEFENDANT SWORN AND INFORMED OF RIGHTS

**X**  SENTENCING HELD.       **X**  STATEMENTS OF DEFENDANT AND COUNSEL HEARD

**X**  DEFENDANT SENTENCED ON COUNT(S) **1**  INFORMATION

**IMPRISONMENT**:  6 months.

The court respectfully recommends that, if deemed appropriate by the BOP, Mr. Rosenfeld be designated to FCI Otisville, to facilitate family visits and defendant's religious observance.

**SUPERVISED RELEASE:**  3 years   WITH **SPECIAL CONDITIONS (see jdmt)**

**OTHERS**

**$100.00 S. Assessment**     $0.00 Fine     **$6,787,525.00** Restitution     **$4,000,000.00**  Forfeiture

Transcript Ordered.

Remaining   none is dismissed on the motion of the United States.

___ IFP Granted.

**X**   Court advised defendant of right to appeal.

**X**   Gov't to return defendant's property, if any.